IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARILYN BROWN,

        Plaintiff,

      vs.                                          Case No. 04-2335-JWL

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

### ORDER GRANTING THE JOINT MOTION TO CORRECT THE JOURNAL ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 60(A)

This case comes before the Court upon the "**JOINT MOTION TO CORRECT JOURNAL ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 60(A)**" (Doc. 12) to correct the "Judgment in a Civil Case" (Doc. 11) filed on March 24, 2005. The Court, having considered Judge VanBebber's March 24, 2005, order reversing and remanding this Social Security case to the Commissioner of Social Security for proceedings consistent with that opinion and the joint motion of the parties, finds that the March 24, 2005, Judgment in a Civil Case should be corrected as requested by the parties under the authority granted to the Court by Fed. R. Civ. P. 60(a).

IT IS THEREFORE ORDERED that the "**JOINT MOTION TO CORRECT JOURNAL ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 60(A)**" (Doc. 12) is granted.

The Clerk of the Court shall file an Amended Judgment in a Civil Case which

provides as follows: "**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed and entered on the docket March 24, 2005, the decision of the Commissioner is reversed and remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings in accordance with the Memorandum and Order."

    IT IS SO ORDERED.

                                    s/ John W. Lungstrum
                                    John W. Lungstrum, Chief Judge

Approved and submitted by:

Ross Stubblefield
KS. Bar No. 15409
Midland Professional Associates
2307 South Outer Road, Suite 207
Blue Springs, MO 64015
816-220-8200 (Telephone)
816-228-6576 (Facsimile)
Email: ross@midlandgrp.com

Attorney for Plaintiff

and

ERIC F. MELGREN
United States Attorney
s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
KS. S. Ct. No. 14225
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: Chris.Allman@usdoj.gov

Attorneys for Defendant